# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0849
L.T. Case No. 2016-CF-001807-A

_____

GEORGE ANTHONY JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Daniel Burrell Merritt, Jr., Judge.

George Jackson, Bushnell, pro se.

No Appearance for Appellee.

April 29, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, JAY, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____